**PENNSYLVANIA RULES OF DISCIPLINARY ENFORCEMENT**

Rule 102.　　**Definitions.**

(a)　　General Rule. -- Subject to additional definitions contained in subsequent provisions of these rules which are applicable to specific provisions of these rules, the following words and phrases when used in these rules shall have, unless the context clearly indicates otherwise, the meanings given to them in this rule:

\*\*\*

"Experienced hearing committee member."　An attorney who at the time is a member of the panel of hearing committee members in a disciplinary district and who has served on at least one hearing committee that has conducted a hearing into formal charges of misconduct by a respondent-attorney **or a hearing on a petition for reinstatement from discipline by a petitioner-attorney**.

\*\*\*

"Senior hearing committee member."　An attorney who at the time is a member of the panel of hearing committee members in a disciplinary district and who has served either (i) as a member of the Board, or (ii) on at least two hearing committees that have conducted hearings into formal charges of misconduct by respondent-attorneys **or hearings on petitions for reinstatement from discipline by petitioner-attorneys**.